In the Matter of Luz Solla, Respondent, v Elizabeth Berlin, as Executive Deputy Commissioner of the New York State Office of Temporary and Disability Assistance, et al., Appellant.

Submitted December 1, 2014; decided December 16, 2014

In the Matter of Luz Solla, Respondent, v Elizabeth Berlin, as Executive Deputy Commissioner of the New York State Office of Temporary and Disability Assistance, et al., Appellant.

Submitted December 1, 2014; decided December 16, 2014

Motion by The Association of the Bar of the City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of Luz Solla, Respondent, v Elizabeth Berlin, as Executive Deputy Commissioner of the New York State Office of Temporary and Disability Assistance, et al., Appellant.

Submitted December 1, 2014; decided December 16, 2014

Motion by The Legal Aid Society et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.